**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **SHEILA K. DAVIDSON,** | : | |
| | : | |
| **Plaintiff,** | : | **NO. 5:12-CV-44 (MTT)** |
| | : | |
| **VS.** | : | |
| | : | |
| **MICHAEL J. ASTRUE,** | : | |
| | : | |
| **Defendant.** | : | **SOCIAL SECURITY APPEAL** |
| _____ | : | |

**RECOMMENDATION TO REMAND**

Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of the government's request (Doc. 11), with Plaintiff's consent, to remand this action for further development of the record by an administrative law judge (ALJ), **IT IS RECOMMENDED** that the Defendant's request be **GRANTED** and that this case be **REMANDED**.

On remand, the ALJ should specifically explain the basis for the weight given to the various medical sources, evaluate the claimant's credibility in accordance with the applicable regulations, and to apply the correct grid rules if the case is decided at step five of the sequential evaluation process.

Accordingly, **IT IS RECOMMENDED** that the Commissioner's decision be **REVERSED** under sentence four of 42 U.S.C. §405(g) with a **REMAND** of the cause to the Commissioner for further proceedings.  See Shalala v. Schaefer, 509 U.S. 292, 296, 113 S. Ct. 2625, 2629 (1993); Melkonyan v. Sullivan, 501 U.S. 89, 97-98, 111 S. Ct. 2157, 2163 (1991).

If this Recommendation is adopted, the Clerk of the Court should  enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Pursuant to 28 U.S.C. §636(b)(1), the parties may serve and file written objections to this **RECOMMENDATION** with the district judge to whom this case is assigned **WITHIN FOURTEEN (14) DAYS** after being served with a copy thereof.

**SO RECOMMENDED**, this 14th day of August, 2012.


s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge

-2-